

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
JAMES MURPHY, *on behalf of himself and all others similarly situated*,

                              Plaintiff,

    -against-

NESTLE USA, INC., d/b/a HAAGENDAZS

                            Defendant.
------------------------------------ x

<u>ORDER</u>

18 Civ. 6833 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       May 9, 2019

                                              SO ORDERED.

                                              *[signature: George B. Daniels]*
                                              GEORGE B. DANIELS
                                              United States District Judge