UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MURPHY, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

NESTLE USA, INC. D/B/A HAAGENDAZS

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 0 2019

Case No. 1:18-cv-06833-GBD
**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         June 6, 2019

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorneys for Plaintiff*

By: _____
Jennifer Fischer, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
jfischer@kelleydrye.com
*Attorneys for Defendant*

SO ORDERED:

_____
George B. Daniels, U.S.D.J.
Dated: JUN 1 0 2019